IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER JENSEN**                                                 **PLAINTIFF**

**V.**                                  **4:09CV00364**

**DOLGENCORP, LLC, a Kentucky
limited liability company, d/b/a
DOLLAR GENERAL**                                        **DEFENDANT**

## ORDER

Pursuant to the Notice of Voluntary Dismissal With Prejudice, docket # 11, this action is hereby dismissed with prejudice with each party to bear its own attorneys fees, costs and expenses.

IT IS SO ORDERED this 6th day of January, 2010.

_____
James M. Moody
United States District Judge